In re:                                                    Case No. 07-32711-rld
Kerry L. Baldwin                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3        User: diana          Page 1 of 2          Date Rcvd: Sep 29, 2011
                            Form ID: pdf018      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2011.
db            +Kerry L. Baldwin,    16300 SW Timberland Drive,    Beaverton, OR 97007-7803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2011**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2011 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0

Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

OSADWN (12/1/09)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Kerry L. Baldwin,** xxx–xx–5649
Debtor(s)

)
)
)
)
)
)
)
)
)
)

Case No. **07–32711–rld7**

ORDER SETTING ASIDE
DISMISSAL, REOPENING
CASE IF CLOSED, AND
FIXING TIME TO FILE
MOTION TO RECONSIDER

It appearing a motion was filed to set aside the order of dismissal previously entered in this case, and after due consideration and for good cause shown,

**IT IS ORDERED** that:

1. The court's order of dismissal is vacated and set aside, the case will be reopened (if closed), the case will continue as a Chapter 7 case, and all reopening/filing fees have been paid.

2. Certain acts and proceedings against each debtor and debtor's property are again stayed as provided in 11 USC §362(a).

3. The court may reconsider the entry of this order if an interested party files both (a) a motion for reconsideration, setting forth the specific grounds for such motion, within 21 days of the "Filed" date above, with the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204, and (b) attaches a certification that copies of the motion were contemporaneously served on the debtor(s), Trustee, U.S. Trustee, and their respective attorneys.

###